IN THE MATTER OF THE ESSEX COUNTY 1987
JUDICIAL BUDGET IMPASSE.

July 20, 1987.

This matter having been duly presented to the Court by a notice of petition for review pursuant to *Rule* 1:33-9, and good cause appearing;

It is ORDERED that the petition to review the Recommended Disposition/Order of Assignment Judge John A. Marzulli, dated June 17, 1987, is granted.